BURKHART ET AL., APPELLEES, *v.* CNA INSURANCE COMPANY,
D.B.A. CONTINENTAL INSURANCE COMPANY, APPELLANT.

[Cite as *Burkhart v. CNA Ins. Co.,*
100 Ohio St.3d 359, 2003-Ohio-6604.]

(No. 2002–0579—Submitted April 15, 2003—Decided December 31, 2003.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., WINKLER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

RALPH WINKLER, J., of the First Appellate District, sitting for COOK, J.

---

John S. Coury and Allen Schulman Jr., for appellees.

Tucker, Ellis & West, L.L.P., and Irene C. Keyse–Walker, for appellant.

Elk & Elk Co., L.P.A., and Todd O. Rosenberg, urging affirmance for amicus curiae Ohio Academy of Trial Lawyers.

Boyk & Crossmock, L.L.C., and Steven L. Crossmock, urging affirmance for amicus curiae Toledo Area Trial Lawyers Association.

Brickler & Eckler, L.L.P., Kurtis A. Tunnell, Anne Marie Sferra and Robert Katz, urging reversal for amicus curiae American Insurance Institute.